# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

HENRY FORD

VERSUS

M. SGT. MICHAEL, STATE OF
LOUISIANA, THROUGH THE
DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS ELAYN HUNT
CORRECTIONAL CENTER

NO.   2020 CW 1254

**APRIL 09, 2021**

---

In Re:    State of Louisiana, through the Department of Public
          Safety and Corrections, Elayn Hunt Correctional Center
          and Master Sergeant Deondria Bell, applying for
          supervisory writs, 18th Judicial District Court,
          Parish of Iberville, No. 79783.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

   **WRIT GRANTED IN PART WITH ORDER; DENIED IN PART.** There is
no proof of service of the amended petition on the Office of
Risk Management or the defendants, the State of Louisiana,
through the Department of Public Safety and Corrections and
Elayn Hunt Correctional Center, in the writ application.
Service of the amended petition may be made in any manner
authorized by the Code of Civil Procedure. The writ is granted
for the limited purpose of remanding this matter to the trial
court to allow the plaintiff to produce proof of service of the
amended petition, or if service was not made, to allow the
plaintiff a reasonable amount of time to request or obtain
service of the amended petition on the State of Louisiana,
through the Department of Public Safety and Corrections, the
Attorney General and the Office of Risk Management. The writ is
denied in all other respects.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT